# EXHIBIT A

# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 2/10/2023 | $76,854.13 | Vendors |
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 2/17/2023 | $75,007.04 | Vendors |
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 2/24/2023 | $75,100.70 | Vendors |
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 3/3/2023 | $50,000.00 | Vendors |
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 3/10/2023 | $25,028.42 | Vendors |
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 3/20/2023 | $100,000.00 | Vendors |
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 4/4/2023 | $75,000.00 | Vendors |
| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 4/25/2023 | $45,000.00 | Vendors |

4934-6412-7294.1 57097.001

| UTZ QUALITY FOODS LLC<br>P.O. Box 64801<br>Baltimore, MD 21264-4801 | Christmas Tree Shops LLC | 5/1/2023 | $45,000.00 | Vendors |
|---|---|---|---|---|
|  |  |  | **$566,990.29** |  |